# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:
| | |
|---|---|
| **Debtor:** | ELAINE NICOLE LEWIS |
| **Case Number:** | 2:18-BK-05419-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 30, 2018 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

### Matter:
MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY) AND ABANDONMENT OF ESTATE PROPERTY RE: 11744 W. VILLA HERMOSA LANE, SUN CITY, AZ 85373 FILED BY JOSEPH JOHN TIRELLO JR. OF ZIEVE, BRODNAX & STEELE, LLP ON BEHALF OF FREEDOM MORTGAGE CORPORATION .

**R / M #:**   22 / 0

### Appearances:

DAVID A. BIRDSELL, TRUSTEE , DAVID A. BIRDSELL
HAROLD  CAMPBELL, ATTORNEY FOR ELAINE NICOLE LEWIS

### Proceedings:

Mr. Birdsell advises he filed an Objection to the Motion for Stay Relief and Abandonment.  He explains he is working with BKGLOBAL in order to sell the propeorty with a carve out to the estate.  Mr. Birdsell advises he has not talked with Mr. Tirello, although he did speak to Mr. Campbell who advised no foreclosure action has been started.

Mr. Campbell advises he has not talked to Mr. Tirello.  In this particular case he has no objection to a carve out to the Trustee and is not looking to orally request an abandonment.

COURT:  IT IS ORDERED DENYING THE MOTION FOR RELIEF FROM AUTOMATIC AND ABANDONMENT WITHOUT PREJUDICE.